# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKIE T. BRADLEY, JR.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:23-00242-N** |
| ) | |
| **MARTIN O'MALLEY,** ) | |
| *Commissioner of Social Security*, ) | |
| Defendant. ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Frankie T. Bradley, Jr., in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Bradley's application for Social Security benefits.

**DONE** this the **20th** day of **February 2024**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**